Submitted on record and briefs March 29, reversed as to fine, otherwise affirmed April 13, 1988

HOMER COULTER,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(10-87-161; CA A46578)

752 P2d 352

Gary D. Babcock, Public Defender, Salem, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, Scott McAlister and Philip Schradle, Assistant Attorneys General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of an order which found that he had violated an institutional rule. He was ordered to serve one month in segregation and to pay a $50 fine.

His only contention on review is that the superintendent had no authority to assess a fine. The state concedes error. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Reversed as to fine; otherwise affirmed.